**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Amber Christine Bogan, Joshua Thomas, and John Doe,
Defendants,

Of whom Joshua Thomas is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2018-001072

———————————

Appeal From Spartanburg County
Phillip K. Sinclair, Family Court Judge

———————————

Unpublished Opinion No. 2019-UP-045
Submitted January 11, 2019 – Filed January 24, 2019

———————————

**AFFIRMED**

———————————

John Brandt Rucker and Allyson Sue Rucker, both of
The Rucker Law Firm, LLC, of Greenville, for
Appellant.

Deborah Murdock Gentry, of Murdock Law Firm, LLC,
of Mauldin, for Respondent.

Wendy Nicole Griffith, of Talley Law Firm, P.A., of Spartanburg, for the Guardian ad Litem.

_____

**PER CURIAM:**  Joshua Thomas appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2018).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Thomas's counsel.

**AFFIRMED.**[1]

**KONDUROS, MCDONALD, and HILL, JJ., concur.**

_____

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.